# Court of Appeals
# of the State of Georgia

ATLANTA,    August 31, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1397. IN RE DAVID ALTON HALL.**

The appeal in this case was docketed on March 15, 2012, making the appellant's briefs and enumerations of error due on April 4, 2012. See Court of Appeals Rules 22; 23 (a). Appellant was given due notice of these facts. See Court of Appeals Rule 13. On April 25, 2012, this Court granted the motion of appellant's attorney to withdraw as counsel. Ten days later, we issued an order requiring appellant to file her brief in this case no later than May 22, 2012, and noting that failure to file a brief would result in a dismissal of her appeal. As of this date, appellant has not filed either her enumerations of error or her brief. Accordingly, the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/31/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*